**W. D. BLEVINS, Appellant, v. Hester W. BOGGS et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 24, 1941.

H. R. Dysard for appellant.
Eldred E. Adams for appellee.
PER CURIAM.
Appeal denied; judgment affirmed.

**Alice E. KRIDER'S EXECUTOR (Allen Schmitt), Movant, v. Paul Raymond KRIDER, Opposed.**

Court of Appeals of Kentucky.

Oct. 28, 1941.

M. Joseph Schmitt for movant.
Lawrence S. Grauman, opposed.
PER CURIAM.
Appeal denied; judgment affirmed.

**W. F. YATES, Appellant, v. B. B. BEGLEY, Appellee.**

Court of Appeals of Kentucky.

Oct. 28, 1941.

Manning & Hays for appellant.
Begley & Begley for appellee.
PER CURIAM.
Appeal denied; judgment affirmed.